UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DOMINICK EDWARDS,<br><br>    Petitioner,<br><br>v.<br><br>P. VASQUEZ,<br><br>    Respondent. | Case No. SACV 11-01295 DSF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: September 9, 2011

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE